UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 18-CV-61264

ADLINE AUDLEY

    Plaintiff,

vs.

THE UNIVERSITY OF PHOENIX, INC.

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, ADLINE AUDLEY, and Defendant, THE UNIVERSITY OF PHOENIX INC., by and through their undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby file their Joint Stipulation for Dismissal with Prejudice, with each party to bear their own attorney's fees and costs.

Dated: June 28, 2018

| | |
|---|---|
| /S/ Nathaly Lewis | /S/ Lindsay M. Alter |
| Peter M. Hoogerwoerd, Esq. | Elaine W. Keyser, Esq. |
| Florida Bar No.: 188239 | Florida Bar No. 13606 |
| pmh@rgpattorneys.com | E-mail: ekeyser@littler.com |
| Nathaly Lewis, Esq. | Lindsay M. Alter, Esq. |
| Florida Bar No.: 118315 | Florida Bar No.: 103237 |
| nl@rgpattorneys.com | E-mail: lalter@littler.com |
| **REMER & GEORGES-PIERRE, PLLC** | LITTLER MENDELSON, P.C. |
| 44 West Flagler Street, Suite 2200 | Wells Fargo Center |
| Miami, FL 33130 | 333 SE 2nd Avenue, Suite 2700 |
| Telephone: (305) 416-5000 | Miami, FL 33131 |
| Facsimile: (305) 416-5005 | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 28, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Nathaly Lewis
NATHALY LEWIS, ESQ.

## SERVICE LIST

Peter Michael Hoogerwoerd, Esq.
Florida Bar No.: 188239
pmh@rgpattorneys.com
Nathaly Lewis, Esq.
Florida Bar No.:118315
nl@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005
*Attorneys for Plaintiff*


Elaine W. Keyser, Esq.
Florida Bar No. 13606
E-mail: ekeyser@littler.com
Lindsay M. Alter, Esq.
Florida Bar No.: 103237
E-mail: lalter@littler.com
LITTLER MENDELSON, P.C.
 Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131

Served via transmission of Notices of
Electronic Filing generated by CM/ECF

*Attorneys for Defendant*

3